IN THE CIRCUIT COURT OF THE EIGHTEENTH JUDICIAL CIRCUIT
IN AND FOR BREVARD COUNTY, FLORIDA

KAREL KLARENBEEK,

    Plaintiff,

vs.

    Case No.: 05-2019-CA-023079-XXXX-XX

GEICO GENERAL INSURANCE COMPANY,

    Defendant.
_____/

**FILED IN OPEN COURT**
Date 6-18-21   Time 11:20 Am
CLERK, CIRCUIT AND COUNTY COURT
By _____ D.C.

**VERDICT**

**WE THE JURY**, return the following verdict:

1.    Was there negligence on the part of BEVERLY LANCASTER?

   YES ____✓____        NO _____

**If your answer to question #1 is YES, please proceed to answer question #2. If your answer to question #1 is NO, your verdict is for Defendant, and you should not proceed further except to date and sign this Verdict Form and return it to the courtroom.**

2.    Was the negligence on the part of BEVERLY LANCASTER a legal cause of loss, injury or damage to KAREL KLARENBEEK?

   YES ____✓____        NO _____

**Please answer question 3.**

3.    Was there negligence on the part of KAREL KLARENBEEK?

   YES _____        NO ____✓____

**If your answer to question #3 is YES, please proceed to answer question #4. If your answer to question #3 is NO, please proceed to answer question #5.**

4.    Was the negligence on the part of KAREL KLARENBEEK a legal cause of loss, injury or damage to KAREL KLARENBEEK?

YES _____        NO _____

**Please answer question 5.**

5.   Please state the percentage of any negligence which was a legal cause of loss, injury or damage to KAREL KLARENBEEK that you charge to:

BEVERLY LANCASTER        _____100_____ %

KAREL KLARENBEEK         _____0_____ %

**TOTAL MUST BE 100%**

**Please proceed to Question 6. By answering the following questions, you will determine the damages, if any, that KAREL KLARENBEEK sustained as a result of the incident in question.**

**In determining the amount of damages, do not make any reduction because of the negligence, if any, of KAREL KLARENBEEK. If you find that KAREL KLARENBEEK was to any extent negligent, the court, in entering judgment, will make an appropriate reduction in the damages awarded.**

6.   What is the total amount of Plaintiff, KAREL KLARENBEEK's, damages for medical expenses incurred in the past, and medical expenses to be incurred in the future?

(a) Past            $ _170,000.00_

(b) Future          $ _200,000.00_

**Please answer question 7.**

7.   What is the amount of Plaintiff, KAREL KLARENBEEK's, damages for loss of earning capacity:

In the future:      $ _100,000_

**Please answer question 8.**

8.   Did Plaintiff, KAREL KLARENBEEK, sustain a permanent injury or significant scarring within a reasonable degree of medical probability as a result of the accident?

YES _✓_     NO _____

**If your answer to question 8 is YES, please proceed to question 9.**

**If your answer is NO, then you should not proceed further except to total the amount from questions 6(a), 6(b), 7(a), and 7(b) in the space provided under "Total Damages of Plaintiff" below, date and sign this verdict form, and return it to the courtroom.**

9. What is the amount of Plaintiff, KAREL KLARENBEEK's, damages for pain and suffering, disability, physical impairment, disfigurement, aggravation of a pre-existing condition, mental anguish, inconvenience and loss of capacity for the enjoyment of life:

(a) In the past;  $ 125,000

(b) In the future?  $ 450,000

**TOTAL DAMAGES OF PLAINTIFF, KAREL KLARENBEEK:**

(Please add 6(a), 6(b), 7, 8(a), and 8(b))

$ 1,045,000

SO SAY WE ALL this 18 day of June, 2021.

_____
Foreperson

STEPHEN PANTANO
Print Name